# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| FastVDO LLC | ) ASBCA No. 60646 |
| | ) |
| Under Contract No. N00014-03-C-0350 | ) |

APPEARANCES FOR THE APPELLANT:    Daniel J. Strouse, Esq.
Andrew J. Mohr, Esq.
Cohen Mohr LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Alexander M. Healy, Esq.
Trial Attorney
Defense Contract Management Agency
Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 17 October 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60646, Appeal of FastVDO LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals